IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| John E. Thompson, | ) | Case Number: 2:08-CV-2423-PMD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANT CDL PARTNERS, LLC'S** |
| CDL Partners, LLC, | ) | **MOTION FOR SUMMARY JUDGMENT** |
| | ) | |
| Defendant/Third-Party Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Don Alvin Messervy | ) | |
| | ) | |
| Third-Party Defendant. | ) | |
| | ) | |

YOU WILL PLEASE TAKE NOTICE THAT Defendant CDL Partners, LLC, through its undersigned counsel, moves for an Order granting summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure. The basis for this motion is CDL Partners, LLC did not breach a duty owed to Plaintiff, had no notice of any defect, and Plaintiff altered the very railing which he now complains was defective. Furthermore, Plaintiff cannot, nor will he ever be able to, establish a genuine issue of fact or the necessary elements to prevail on claims of negligence or breach of the South Carolina Residential Landlord and Tenant Act. There is no genuine issue as to any material fact that would allow Plaintiff to recover under either cause of action in Plaintiff's Complaint, which was filed July 3, 2008, and, therefore, Defendant CDL Partners, LLC is entitled to summary judgment as a matter of law.

This motion will be supported by applicable statutory and case law, the Rules of Civil Procedure, and the attached memoranda of law.

                                                Respectfully submitted,
COLLINS & LACY, P.C.

By:    s/Eric G. Fosmire
        ERIC G. FOSMIRE (Fed ID # 5952)
        ANDREW N. COLE (Fed ID # 8022)
        1330 Lady Street, Sixth Floor (29201)
        Post Office Box 12487
        Columbia, South Carolina 29211
        (803) 256-2660
        (803) 771-4484 (f)

        ATTORNEYS FOR DEFENDANT
        CDL PARTNERS, LLC

Columbia, South Carolina
January 21, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| John E. Thompson, | ) | Case Number: 2:08-CV-2423-PMD |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| CDL Partners, LLC, | ) | |
| Defendant/Third-Party Plaintiff | ) | |
| v. | ) | |
| Don Alvin Messervy | ) | |
| Third-Party Defendant. | ) | |

    This is to certify that on this 21st day of January 2009, a true and correct copy of the above and foregoing is being transmitted to the Clerk of Court using the ECF System for filing and transmittal of a notice of Electronic Filing to the following ECF registrants:

Daniel L. Prenner, Esq.  
DANIEL L. PRENNER, P.A.  
90 Queen Street  
Charleston, South Carolina 29401  
Telephone: (843) 722-7250  
Facsimile: (843) 722-7260  
Federal Bar No.: 7814  
danny@dippa.com  
*Attorneys for Plaintiff*

Mark W. McKnight, Esquire  
154 King Street  
Post Office Box 1255  
Charleston, SC 29402  
Phone: 843-577-2837  
Fax: 843-722-4094  
Federal Bar No.: 2801  
mmcknight@bellsouth.net  
*Attorneys for Plaintiff*

Jay S. Masty, Esquire  
Deluca and Maucher, LLP  
102 Marilyn Street  
Goose Creek, SC 29445  
Phone: (843) 572-1711  
Federal Bar No.: 5129  
jay@delucamaucher.com  
*Attorneys for Messervy*

                                                                     s/Eric G. Fosmire  
                                                                      Eric G. Fosmire