UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| JOHN E. THOMPSON, | ) | CASE NO. 2:08-2423-PMD |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| CDL PARTNERS, LLC, | ) | |
| Defendant/Third-Party Plaintiff, | ) | |
| vs. | ) | |
| DON ALVIN MESSERVY, | ) | |
| Third-Party Defendant. | ) | |

Notice is hereby given that the Plaintiff, John E. Thompson, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Judgment entered in this action on the 10th day of July, 2009.

Respectfully submitted,

By: s/Daniel L. Prenner
_____
Daniel L. Prenner, Esq.
PRENNER MARVEL, P.A.
90 Queen Street
Charleston, South Carolina 29401
Telephone: (843) 722-7250
Facsimile: (843) 722-7260
Federal Bar No.: 7814

ATTORNEY FOR PLAINTIFF
JOHN E. THOMPSON

Charleston, South Carolina
August 5, 2009

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| JOHN E. THOMPSON, | ) | CASE NO. 2:08-2423-PMD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| CDL PARTNERS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This is to certify that on this 5th day of August, 2009, a true and correct copy of the above and foregoing is being transmitted to the Clerk of Court using the ECF System for filing and transmittal of a notice of Electronic Filing to the following ECF registrant:

Eric G. Fosmire, Esq.
Collins & Lacy, P.C.
Post Office Box 12487
Columbia, South Carolina  29211

Jay S. Masty, Esq.
Deluca & Maucher, LLP
102 Marilyn Street
Goose Creek, South Carolina  29445


                                                                            s/Daniel L. Prenner
                                                                            _____
                                                                            Daniel L. Prenner, Esq.
                                                                            DANIEL L. PRENNER, P.A.
                                                                            90 Queen Street
                                                                            Charleston, South Carolina  29401
                                                                            Telephone: (843) 722-7250
                                                                            Facsimile: (843) 722-7260
                                                                            Federal Bar No.: 7814